UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00116-FDW-DSC

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY a/s/o LAWYERS BUILDING OF GASTONIA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF GASTONIA, A NORTH CAROLINA MUNICIPAL CORPORATION,<br><br>    Defendants | NOTICE |

TAKE NOTICE that after reviewing the pleadings related to Defendant's motion for summary judgment (Docs. Nos. 25, 26, 31, 34; see also Doc. No. 35), the Court has determined that the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid in the decisional process. Accordingly, the Court will not be conducting a hearing on any pending motions. The Court will issue a written ruling on all pending motions, and in that order – if applicable – the Court will schedule a pretrial conference and provide deadlines for pretrial submissions in accordance with the Case Management Order in this matter (Doc. No. 9).

IT IS SO ORDERED.

Signed: February 2, 2017

Frank D. Whitney
Chief United States District Judge